UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
SEP 21 2007
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 07-40008-02 |
| Plaintiff, | * | |
| vs. | * | ORDER ON MOTION |
| ERIK ZACARIAS-CORNELIO, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending is Defendant Erik Zacarias-Cornelio's Motion for Appointment of Interpreter (Doc. 40) wherein counsel for the Defendant requests authority to retain the services of an interpreter.

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e), defense counsel may obtain interpreter services if necessary for adequate representation. From prior proceedings in this matter, the court is aware that Defendant Erik Zacarias-Coprnelio requires the services of a Spanish-speaking interpreter.

Accordingly, it is hereby

ORDERED that the motion (Doc. 40) is GRANTED and defense counsel is authorized to obtain the services of an interpreter. Compensation paid to such expert shall not exceed $1,600.00, plus expenses reasonably incurred, pursuant to 18 U.S.C. § 3006A(e)(3). Defense counsel may enlisted the assistance of the clerk of court for information on the guidelines and procedure for retaining the services of an interpreter.

Dated this 21st day of September, 2007.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk

By _____, Deputy
(SEAL)